UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW B. MORROW,

        Plaintiff,

    v.

L. R. THOMAS; *et al.*,

        Defendants.
_____/

No. C-12-0173 EMC (pr)

**ORDER OF TRANSFER**

Matthew B. Morrow, an inmate at the Metropolitan Detention Center ("MDC") in Los Angeles, filed this *pro se* civil action under 42 U.S.C. § 1983. He appears to be complaining of events and omissions that occurred at the MDC, which is located in Los Angeles County, within the venue of the Central District of California. The defendants work at the MDC and apparently reside in the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: January 31, 2012

                                            _____
                                            EDWARD M. CHEN
                                            United States District Judge